UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- X
                                                                        :
D.A.H., Inc., *doing business as*                                       :   10-CV-1545 (ARR)(CLP)
NATURE SOUNDS,                                                          :
                                                                        :   NOT FOR ELECTRONIC
                         Plaintiff,                                     :   OR PRINT PUBLICATION
                                                                        :
    -against-                                                           :   ORDER
                                                                        :
MAUREEN YANCY[1], *doing business as*                                   :
MUMMY RECORDS, INC. *and*                                               :
*doing business as* MA DUKES MUSIC, INC.,                               :
                                                                        :
                         Defendant.                                     :
                                                                        :
----------------------------------------------------------------------- X

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated August 21, 2013, from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

---

[1] The court notes that the spelling of defendant's name appears as both "Yancy" and "Yancey" in the record. Although the defendant uses "Yancey" in her own papers, the court uses "Yancy," which is the spelling that appears on the docket and in the Report and Recommendation.

1

Therefore, the plaintiff's motion for sanctions is denied. The stay of this action shall be lifted. Defendant shall have 20 days to answer the Complaint or move to dismiss. If defendant fails to answer or otherwise appear in that time, plaintiff shall be permitted to file for default.

SO ORDERED.

/s/
Allyne R. Ross
United States District Judge

Dated: September 12, 2013
Brooklyn, New York

SERVICE LIST:

       Maureen Yancey
       18456 Wexford Street
       Detroit, MI 48234

cc:    Magistrate Judge Cheryl L. Pollak