UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

D.A.H., INC. *doing business as*
NATURE SOUNDS,

                    Plaintiff,

        -against-

MAUREEN YANCY, *doing business as*
MUMMY RECORDS, INC., *and doing business as*
MA DUKE MUSIC, INC.,

                    Defendant.

------------------------------------------------------------------- X

10-CV-1545 (ARR)(CLP)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated April

23, 2014, from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections

have been filed. Accordingly, the Court has reviewed the Report and Recommendation for clear

error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord

Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA)

(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no

clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the

Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, plaintiff may seek a Certificate of Default from the Clerk of Court and may

file a motion for default judgment with the Court.

SO ORDERED.

                              /s/(ARR)

                              Allyne R. Ross
                              United States District Judge

Dated:        May 13, 2014
              Brooklyn, New York

1