

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BROOKLYN OFFICE

----------------------------------------------------------------- X

D.A.H., INC. *doing business as*
NATURE SOUNDS,

          Plaintiff,

-against-

MAUREEN YANCY, *doing business as*
MUMMY RECORDS, INC., *and doing business as*
MA DUKE MUSIC, INC.,

          Defendant.

----------------------------------------------------------------- X

10-CV-1545 (ARR)(CLP)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

AMENDED ORDER

ROSS, United States District Judge:

    The court has received the Report and Recommendation on the instant case dated April 23, 2014, from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Accordingly, the Court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

    Therefore, the Court directs the Clerk of Court to issue a Certificate of Default. Plaintiff's motion for default judgment will be respectfully referred to Magistrate Judge Pollack pursuant to 28 U.S.C. § 636(b).

SO ORDERED.

                                                  /s/(ARR)

                                           Allyne R. Ross
                                           United States District Judge

Dated:    June 24, 2014
           Brooklyn, New York

**SERVICE LIST**

**Maureen Yancy**
18456 Wexford Street
Detroit, MI 48234